**EXHIBIT A**

# Celsius Network Partners with Chainalysis To Confirm Audit of $3.31 Billion in Assets

Third-party analysis provides transparency with independent verification and proof of funds at the industry-leading cryptocurrency rewards and lending platform

NEWS PROVIDED BY
**Celsius Network →**
Dec 09, 2020, 12:34 ET

SHARE THIS ARTICLE


NEW YORK, Dec. 9, 2020 /PRNewswire/ -- Celsius Network, the industry-leading cryptocurrency rewards-earning platform, today announced the completion of an audit confirming $3,318,368,196.40 of assets by Chainalysis, the blockchain analysis company. The conclusion of this audit, confirmed through Chainalysis Reactor, the investigative blockchain analysis tool, provides the first third-party verification to date of Celsius Network's assets, based on transactions, total deposits and total withdrawals since launch of the service in June 2018.

"The conclusion of our audit is a great step in building greater trust and transparency for our members and for the industry at large," said Alex Mashinsky, CEO and founder of Celsius Network. "Our relationships with our 230,000 community members are built on trust, because they count on us to act in their best interests and have access to unique, curated financial services, products and rewards that are not available through other financial platforms. With the validation of a third-party, we're providing additional transparency into our business, which remains one of the industry's most reliable, secure and rewarding platforms for putting unparalleled economic freedom into the hands of the people."

In recent months, Celsius has adopted additional steps to make cryptocurrency investing even more accessible to investors around the world, including lowering loan minimums, adding new tokens and coins and expanding its cryptocurrency rewards. Since May 2020, Celsius Network has more than doubled its crypto holdings.

"We support transparency in the cryptocurrency industry, and provide the tools necessary to build trust in a global economy built on blockchains. After working together for almost two years and deploying our transaction monitoring software, Celsius Network asked us to help provide further transparency to its community by verifying the process and accuracy of the information related to the net funds collected by Celsius," said Jason Bonds, Chief Revenue Officer at Chainalysis. "This process included accounting for over $7,609B in deposits and 4,290B in withdrawals since Celsius launched its service in June of 2018."

Full results of the Chainalysis audit can be viewed on the Celsius web site. For more information, please visit www.celsius.network.