# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                                  Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,<br><br>                                  Plaintiff,<br><br>                                  -against-<br><br>CHAINALYSIS, INC.,<br><br>                                  Defendant. | Adv. Proc. No. 25-01045-mg |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Charles Garabedian, to be admitted, **pro hac vice**, to represent the Plaintiff (the "Client") in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, the bars of the U.S. District Court for the Southern, Northern, and Middle Districts of Florida, and the bar of the U.S. Court of Appeals for the Eleventh Circuit, it is hereby

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

**ORDERED**, that Charles Garabedian, Esq., is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 28, 2025
      New York, New York

                                                        /s/**Martin Glenn**
                                     UNITED STATES BANKRUPTCY JUDGE