**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
                                           :

In re:                                                     :     Chapter 11

CELSIUS NETWORK LLC, *et al.*,[1]                 :     Case No. 22-10964 (MG)

                           Reorganized Debtors.     :     (Jointly Administered)

---------------------------------------- x

CELSIUS NETWORK LLC and affiliated
post-Effective Date Debtors, by and through     :     Adv. Proc. No. 25-01045 (MG)
the Blockchain Recovery Investment Consortium,
LLC, acting in its capacity as the Complex Asset
Recovery Manager and Litigation Administrator,

                           Plaintiff,

             - against -

CHAINALYSIS INC.,

                           Defendant.

---------------------------------------- x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendant Chainalysis Inc., by and through its undersigned counsel, hereby submits the following corporate ownership statement: Chainalysis Inc. has no parent company and no publicly held corporation owns 10% or more of Chainalysis Inc.

---

[1] The Debtors in these Chapter 11 cases ("Celsius Debtors"), along with the last four digits of their federal tax identification numbers, are: Celsius Network LLC (2148) ("Celsius"); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

Dated: New York, New York
March 31, 2025

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

*/s/ Alexander C. Drylewski*
Robert D. Drain
Alexander C. Drylewski
Lara A. Flath
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
robert.drain@skadden.com
alexander.drylewski@skadden.com
lara.flath@skadden.com

*Counsel for Defendant Chainalysis Inc.*