**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
: 
In re: : Chapter 11
:
CELSIUS NETWORK LLC, *et al.*,[1] : Case No. 22-10964 (MG)
:
            Reorganized Debtors. : (Jointly Administered)
:
------------------------------------- x
:
CELSIUS NETWORK LLC and affiliated :
post-Effective Date Debtors, by and through :
the Blockchain Recovery Investment Consortium, : Adv. Proc. No. 25-01045 (MG)
LLC, acting in its capacity as the Complex Asset :
Recovery Manager and Litigation Administrator, : Civil No. 25 Civ. _____
:
            Plaintiff, :
:
    - against - :
:
CHAINALYSIS INC., :
:
           Defendant. :
:
------------------------------------- x

### DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF CHAINALYSIS INC.'S MOTION TO WITHDRAW THE REFERENCE

Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Chainalysis Inc. ("Chainalysis") in the above-captioned adversary proceeding ("Adversary Proceeding").

---

[1] The Debtors in these Chapter 11 cases ("Celsius Debtors"), along with the last four digits of their federal tax identification numbers, are: Celsius Network LLC (2148) ("Celsius"); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

2. I respectfully submit this declaration in support of Chainalysis's Motion to Withdraw the Reference of this action to the United States Bankruptcy Court for the Southern District of New York.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint and accompanying Exhibit A, filed on March 22, 2025 in the Adversary Proceeding, which is referenced in the accompanying Memorandum of Law in Support of Chainalysis's Motion to Withdraw the Reference.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Proof of Claim No. 10178 and accompanying Exhibit A, filed by Chainalysis on November 10, 2022 in the bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 31, 2025

                                                          */s/ Alexander C. Drylewski*
                                                          Alexander C. Drylewski